FILED

NOV 19 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALAM RAZUKI (1),<br>SYLVIA GONZALES (2),<br>and<br>ELIZABETH JUAREZ (3),<br><br>Defendants. | Case No.: **18MJ5915**<br><br>**COMPLAINT**<br><br>Title 18, United States Code, Section 956 - Conspiracy to kill, kidnap, maim an individual<br>Title 18, United States Code, Section 1201(c) - Conspiracy to kidnap |

The undersigned complainant being duly sworn states:

## COUNT 1

On a date unknown and continuing through on or about November 16, 2018, within the Southern District of California, defendants SALAM RAZUKI, SYLVIA GONZALES, and ELIZABETH JUAREZ did knowingly and intentionally conspire to commit at a place outside the United States, to wit: Mexico, an act that would constitute the offense of murder, kidnapping or maiming if committed in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 956.

## COUNT 2

On a date unknown and continuing through on or about November 16, 2018, within the Southern District of California, defendants SALAM RAZUKI, SYLVIA GONZALES, and ELIZABETH JUAREZ did conspire with one another to willfully seize, confine, inveigle, kidnap, abduct and carry away N.M. for another purpose, to wit: intimidation and murder, and to transport N.M. in foreign commerce from the United States to Mexico, in violation of Title 18, United States Code, Section 1201(c).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MICHELLE HART
FBI Special Agent

Sworn to before me and subscribed in my presence

this 16 day of November, 2018.

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

2

**Probable Cause Statement**

On or about October 17, 2018, SALAM RAZUKI and SYLVIA GONZALES met with a Confidential Human Source (CHS1) requesting CHS1 arrange to kill one of their business associates, N.M.[1] According to RAZUKI and GONZALES, they had invested in multiple properties and business ventures together and were now involved in a civil dispute over their assets. RAZUKI and GONZALES told CHS1 that they wanted CHS1 to "shoot him [N.M.] in the face," "to take him to Mexico and have him whacked," or kill him in some other way. RAZUKI and GONZALES provided CHS1 a picture of N.M., which CHS1 provided to the FBI.

On or about November 5, 2018, CHS1 met with GONZALES at The Great Maple in San Diego, CA. During the meeting, GONZALES asked if CHS1 could "get rid of Salam's [RAZUKI] other little problem, [N.M.], because it looks like they're going to appeal…. I would love for him [N.M.] to go to TJ and get lost. Just leave him over there." GONZALES said the civil dispute between her, RAZUKI, and N.M. was over $44 million dollars. GONZALES went on to say, "It's no joke, Salam [RAZUKI] has a lot of money tied up right now, and he's paying attorney fees. You need to get rid of this asshole [N.M.], he's costing me too much money!" GONZALES wanted this to occur before the next court date in their civil suit scheduled on or about November 15, 2018. At a certain point during the conversation, a server was close to their table and GONZALES said, "You don't have to kill him, you don't have to put him off the face of the earth." Despite her words at the time, GONZALES was making a slashing movement across her neck indicating she

---

[1] CHS1 has been cooperating with the FBI since 2009 and had provided information, which was vetted and later determined credible, reliably over the years leading to the successful identification and prosecution of drug traffickers, money launderers, and other subjects in numerous FBI criminal investigations. RAZUKI is also a confidential source for the FBI and has been since approximately May 2014. However, RAZUKI has not informed the FBI of any of his actions, or those of GONZALES or JUAREZ, in attempting to have N.M. kidnapped and killed.

3

wanted N.M. to be killed. During the conversation, GONZALES advised that there was no reason to involve RAZUKI in planning for the kidnapping of N.M. because "I am the one with the balls, any time they [business partners, including RAZUKI] have a problem, they come after me … they say Sylvia is like a little … honey badger … they're like send the honey badger after them."

On November or about 8, 2018, CHS1 met with GONZALES at Banbu Sushi Bar and Grill in La Mesa, CA. At the outset of the meeting, GONZALES continued to complain about N.M. and the ongoing civil lawsuit. According to GONZALES, another individual was coming, later identified as ELIZABETH JUAREZ, to talk about how to handle N.M. GONZALES said, "Elizabeth [JUAREZ] right here, Elizabeth is going to give you a proposition also on that problem. She said all you got to do is get him to Mexico and she'll take care of him over there." CHS1 asked, "She will?" and GONZALES replied, "Yes, that's why she's coming."

Approximately one hour, 20 minutes into GONZALES' and CHS1's meeting at Banbu Sushi Bar and Grill, JUAREZ joined them. JUAREZ said that all CHS1 needed to do was to get N.M. down to Mexico and she would take care of the rest. JUAREZ and GONZALES said a lot of people have it out for N.M. so nothing would come back on RAZUKI. GONZALES said she wanted to watch and wanted N.M. to know that it had come from them [GONZALES and RAZUKI], but JUAREZ cautioned GONZALES shouldn't watch because it would be gruesome and haunt her. JUAREZ said this "wasn't her first rodeo" and went on to talk about a previous incident involving a female from Vista, CA, who was drugged and kidnapped. CHS1, GONZALES, and JUAREZ discussed a cost of $2,000 for the job. CHS1 clarified whether GONZALES and JUAREZ wanted this to happen in the United States or Mexico. JUAREZ said, "No, I don't want it done here [in the United States]." GONZALES added, "No, let's do it in Mexico because we can't be charged in the US. Let's do it in Mexico in case anything comes back to us." JUAREZ said, "In Mexico it's easier to make things go away. You pay for your freedom."

4

GONZALES and JUAREZ said they wanted to "put the turkey up to roast before Thanksgiving." After the meeting, CHS1 positively identified a driver's license photo of ELIZABETH JUAREZ as the individual that joined them and talked of the kidnapping and murder of N.M. This is the same individual observed by FBI agents as joining the meeting as well. GONZALES advised that RAZUKI often referred to N.M. as "the midget" and near the end of the dinner, JUAREZ handed CHS1 her cellphone to take a picture of GONZALES and JUAREZ and said, "You can take a picture of us when we were going to get rid of the midget [decided to kidnap and kill N.M.]."

After dinner, CHS1 called GONZALES and confirmed that CHS1 could kidnap and murder N.M. During the call, CHS1 told GONZALES to provide information on N.M., including his address, what car he drives, and other identifying information. GONZALES asked to meet the next day so she could give CHS1 the information requested.

On or about November 9, 2018, GONZALES called CHS1 and asked CHS1 to meet her, RAZUKI, and JUAREZ. During the meeting, RAZUKI'S assistant, GIOVANNA CONTRERAS, was also present in the room, but did not participate in the conversation and had headphones in her ears most of the time. RAZUKI, GONZALES, and JUAREZ, discussed with CHS1 several loans they were trying to secure for their businesses, including cannabis dispensaries, as well as RAZUKI's frustration with the ongoing civil suit with N.M. At times during the meeting, RAZUKI went to the other side of the room to work, though CHS1 believes it was close enough to overhear the continued conversation between CHS1, GONZALES, and JUAREZ. GONZALES asked CHS1 if CHS1 needed money [for the kidnapping of N.M.] and said she would go get $1,000, but asked if CHS1 wanted the full payment instead. CHS1 indicated that $1,000 fine for the time being and GONZALES went to the Goldn Bloom Dispensary and returned with $1,000 cash. Surveillance agents observed GONZALES walk to the Goldn Bloom Dispensary across the street and return.

5

After the meeting, CHS1 provided agents with $1000 cash provided by GONZALES as well as an envelope with a piece of paper inside, which had also been provided by GONZALES. The paper had two business addresses for N.M. according to GONZALES in a later meeting.

On or about November 13, 2018, GONZALES contacted CHS1 again via phone and informed CHS1 that RAZUKI and GONZALES would be with N.M. in court at the Hall of Justice located at 330 West Broadway, San Diego, CA. GONZALES requested CHS1 join them so CHS1 could see N.M. in person. CHS1 declined going into the courtroom, but agreed to stand outside the building and wait for N.M. to exit. While inside the Hall of Justice, GONZALES took a picture of N.M. with her phone and sent it to CHS1 and then called CHS1 and described what N.M. was wearing at the hearing. GONZALES exited the Hall of Justice and met with CHS1 to further discuss the description of N.M., which was recorded. During this meeting, GONZALES explained that "10605 Roselle St." and "9212 Mira Est. Ct 218 SD 92126" were locations of businesses N.M. manages. She did not specifically explain the address, "2815 Camino Del Rio S. #124 San Diego, CA 92108." According to GONZALES, the information on the envelope and back of the paper, was to assist CHS1 in locating N.M. for the kidnapping and murder in Mexico. GONZALES also stated during the meeting "if they take him now, it's gunna be good." GONZALES went back into the courthouse and provided CHS1 with updates as N.M. was departing the Hall of Justice to ensure CHS1 observed N.M. as he left. GONZALES told CHS1 that N.M. would be exiting the courthouse and that GONZALES, RAZUKI, JUAREZ, and their attorney would exit after him. FBI agents observed N.M exit the courthouse after CHS1 had been told this and agents observed RAZUKI, GONZALES, and JUAREZ proceeded on foot to the vehicle they arrived in and departed.

In an interview with FBI on November 15, 2018, N.M. advised that he had invested in real estate with RAZUKI in order to lease buildings to various entities – mainly marijuana dispensaries. Later on November 15, 2018, CHS1 met with RAZUKI, which

was recorded and surveilled by FBI agents. CHS1 said, "I took care of it." RAZUKI replied, "So he will take care of it, or it's done?" CHS1 replied, "Done." RAZUKI quickly changed the subject to discuss other business investments and pending loans. Later in the conversation, CHS1 said, "Well, when I talked to what's her name, she said that she wanted to have proof. Do you want to see it, or are you ok with it?" RAZUKI replied, "No, I'm ok with it. I don't want to see it." Shortly thereafter, CHS1 requested the remainder of the agreed-upon payment and RAZUKI directed CHS1 to follow up with GONZALES for payment.

On November 15, 2018, GONZALES was arrested and advised of her Miranda rights and agreed to speak with agents. During her interview, GONZALES admitted the existence of the ongoing civil lawsuit between N.M. and RAZUKI, GONZALES, and JUAREZ, but denied involvement in any conspiracy to kidnap and kill N.M.

On November 16, 2018, JUAREZ was arrested and advised of her Miranda rights and agreed to speak with agents. JUAREZ admitted to having the meetings and conversations about kidnapping and killing N.M., but said she didn't think the group would actually go through with it.

On November 16, 2018, RAZUKI was arrested and advised of his Miranda rights and agreed to speak with agents. During his interview, RAZUKI admitted the existence of the ongoing civil lawsuit between N.M. and RAZUKI, GONZALES, and JUAREZ involving approximately $40 million. RAZUKI heard that N.M. was missing, but thought it was a joke and denied involvement in any conspiracy to kidnap and kill N.M.