ADAM L. BRAVERMAN
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California Bar No. 250781
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8237
Email: Fred.Sheppard@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18MJ5915-MDD |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SALAM RAZUKI (1)<br>SYLVIA GONZALEZ (2)<br>ELIZABETH JUAREZ (3), | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

Please feel free to call me if you have any questions about this notice.

DATED: November 26, 2018.

ADAM L. BRAVERMAN
United States Attorney

*s/ Fred Sheppard*
FRED SHEPPARD
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18MJ5915-MDD |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SALAM RAZUKI (1)<br>SYLVIA GONZALEZ (2)<br>ELIZABETH JUAREZ (3), | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

- ■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

- □ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

- □ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on November 26, 2018.

*s/ Fred Sheppard*
FRED SHEPPARD
Assistant U.S. Attorney