FILED
DEC 31 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr5260-CAB |
| Plaintiff, | |
| v. | **ORDER FOR MODIFICATION OF BAIL CONDITIONS** |
| SALAM RAZUKI, | |
| Defendant. | |

Based upon the unopposed motion filed by the defendant, **IT IS HEREBY ORDERED THAT** Salam Razuki's bail conditions be modified as follows:

1. Pretrial Services (PTS) is allowed to extend the curfew during December 31, 2019 and January 1, 2020. Additionally, PTS is allowed to grant overnight stays during these two days provided that PTS approves of the residence and is told in advance where he'll be staying and with whom and checks in before and after with PTS.

Dated: 12/30/19

_[signature]_, for
**HONORABLE MITCHELL D. DEMBIN**
UNITED STATES MAGISTRATE JUDGE

18cr5260-CAB