**ANTONIO YOON**
California State Bar No. 163961
501 W. Broadway, Suite A-387
San Diego, California 92101
Telephone: (619) 544-0021
Email: antonioyoon@att.net

Attorney for Mr. Razuki

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:18cr5260-CAB |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| SALAM RAZUKI, | |
| Defendant. | |

TO: ROBERT S. BREWER, Jr., UNITED STATES ATTORNEY; AND FRED SHEPPARD, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, Salam Razuki, by and through his attorneys, Thomas J Warwick and Antonio Yoon, and moves the court to modify the bail conditions as follows:

"The curfew condition shall be deleted. The GPS condition will remain in place and Mr. Razuki will be required to remain at the same residence every night as approved by Pretrial Services."

This motion is unopposed by Assistant United States Attorney Fred Sheppard and Pre-trial Services Officer (PSO) Marissa Zvers.

18cr5260-CAB

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: February 3, 2020 | */s/ Antonio Yoon*<br>THOMAS J. WARWICK<br>ANTONIO YOON<br>Attorneys for Mr. Razuki<br>E-mail: antonioyoon@att.net |