UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SALAM RAZUKI,<br><br>        Defendant. | Case No.: 18cr5260-CAB<br><br>**PROPOSED ORDER FOR MODIFICATION OF BAIL CONDITIONS** |

Based upon the unopposed motion filed by the defendant, **IT IS HEREBY ORDERED THAT** Salam Razuki's bail conditions be modified as follows:

The curfew condition shall be deleted. The GPS condition will remain in place and Mr. Razuki will be required to remain at the same residence every night as approved by Pretrial Services.

Dated: 2/4/2020

*[signature]*
**HONORABLE MITCHELL D. DEMBIN**
UNITED STATES MAGISTRATE JUDGE

18cr5260-CAB